ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Thomas W. Kovacich, SBN 94046
Robert Fried, SBN 85579
Christopher S. Milligan, SBN 211532
17871 Park Plaza Drive, Suite 200
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

Attorneys for Defendant STEVEN J. WEAVER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> S.J. WEAVER CONTRACTING, INC., a California corporation; and STEVEN J. WEAVER, an Individual, <br><br> Defendants. | CASE NO. C-04-4699 SI <br> Assigned to Hon. Susan Illston for all purposes. <br><br> **JOINT STIPULATION TO CONTINUE DEADLINE FOR FILING REVISED DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND RULE 11 SANCTIONS; [PROPOSED] ORDER THEREON** <br><br> *OLD* DATE: October 6, 2006 <br> TIME: 9:00 a.m. <br> DEPT: 10, 19th Floor <br><br> Complaint Filed: 11/04/04 <br> Judgment Entered: 08/09/06 |

Pursuant to Local Rules 7-1 and 7-2 of the United States District Court for the Northern District of California, IT IS HEREBY STIPULATED by and between Plaintiffs JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE, SUITE 200
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA ("Plaintiffs") through the law offices of Stanton, Kay & Watson, by James P. Watson, their attorney of record, and Defendant STEVEN J. WEAVER ("Weaver") through the law offices of Atkinson, Andelson, Loya, Ruud & Romo, by Thomas W. Kovacich, his attorney of record, to the following:

1.      WHEREAS, the Court entered judgment for Weaver on August 9, 2006;

2.      WHEREAS, Weaver filed his Motion for Attorneys' Fees and Rule 11 Sanctions (the "Motion") in this matter on August 23, 2006, which is currently set for hearing on October 6, 2006 at 9:00 a.m.;

3.      WHEREAS, Plaintiffs filed their Notice of Appeal (the "Appeal") of this matter on September 7, 2006;

4.      WHEREAS, on October 3, 2006, the Court issued its order granting Weaver's Motion in part and denying it in other part as well as vacating the hearing scheduled for October 6, 2006;

5.      WHEREAS, the Court's October 3, 2006 order required that Weaver's counsel submit a supplemental declaration of counsel to conform to said order's requirements on or before October 13, 2006;

6.      WHEREAS, the parties have tentatively agreed to settle their respective disputes and to entered into full and complete mutual releases, to dismiss this action in its entirety with prejudice, including Weaver's Motion for Attorneys' Fees and Plaintiffs' Appeal;

7.      WHEREAS, the parties need additional time to prepare appropriate settlement documents and dismiss this action, Weaver's Motion, and Plaintiffs' Appeal;

8.      WHEREAS, a continuance of approximately thirty (30) days from the October 13, 2006 deadline for Weaver's counsel to submit the supplemental declaration of counsel requested by the Court's October 3, 2006 order is required in order to allow the parties to finalize the settlement documents and file the dismissals, thereby conserving time and expenses for the Court and parties.

/ / /

**NOW, THEREFORE** the parties hereby agree as follows:

The deadline for the filing of the supplemental declaration of Weaver's counsel in support of Weaver's motion for attorneys' fees, currently due on or before October 13, 2006, should be continued to November 13, 2006.

DATED: October 4, 2006

STANTON, KAY & WATSON

By: __/s/_____
James P. Watson
Attorneys for Plaintiffs

DATED: October 6, 2006

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: __/s/_____
Thomas W. Kovacich
Attorneys for Defendants STEVEN J. WEAVER

## [PROPOSED] ORDER

Having read the above set forth Stipulation and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

The deadline for the filing of the supplemental declaration of Weaver's counsel in support of Weaver's Motion for Attorneys' Fees, currently due on or before October 13, 2006, shall be continued to November 13, 2006.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. SUSAN ILSTON
UNITED STATES DISTRICT JUDGE

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE, SUITE 200
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

010192.00010/675093v1

STIPULATION TO CONTINUE AND [PROPOSED] ORDER THEREON    **C-04-4699 SI**