ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Thomas W. Kovacich, SBN 94046
Robert Fried, SBN 85579
Christopher S. Milligan, SBN 211532
17871 Park Plaza Drive, Suite 200
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> S.J. WEAVER CONTRACTING, INC., a California corporation; and STEVEN J. WEAVER, an Individual, <br><br> Defendants. | **CASE NO. C-04-4699 SI** <br> Assigned to Hon. Susan Illston for all purposes. <br><br> **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON** |

///

///

///

-1-

010192.00010/676901v1    STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE    **C-04-4699 SI**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, entitled <u>JOSE MORENO, etc., *et al.* v. S.J. WEAVER CONTRACTING, INC., *et al.*</u>, USDC N.D. Cal. Case Number C-04-4699 SI, be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2).

DATED: October 31, 2006

STANTON, KAY & WATSON, LLP

By: /s/
James P. Watson
Attorneys for Plaintiffs

DATED: November 13, 2006

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: /s/
Thomas W. Kovacich
Attorneys for Defendants

### [PROPOSED] ORDER

IT IS SO ORDERED that the action entitled <u>JOSE MORENO, etc., *et al.* v. S.J. WEAVER CONTRACTING, INC., *et al.*</u>, USDC N.D. Cal. Case Number C-04-4699 SI is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2).

**IT IS SO ORDERED.**

DATED: _____

HON. SUSAN ILSTON
UNITED STATES DISTRICT JUDGE